UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**66 BOXES, MORE OR LESS OF DEVICE, LABELED IN PART; SHELHIGH NO-REACT VACUPATCH SHELHIGH, INC.**, 3 boxes, more or less of articles of device, labeled in part; **SHELHIGH NO-REACT PERICARDIAL PATCH SHELHIGH, INC.**, all other quantities of all articles of device that are labeled as manufactured by Shelhigh, Inc. that are located anywhere on the premises of Cardio Medical Products, Inc.; and, **CARDIO MEDICAL PRODUCTS, INC.**,<br><br>**Defendants.** | 07-CV-1879 (WJM)<br><br>**FINAL ORDER OF FORFEITURE** |

**THIS MATTER** having been brought before the Court upon the motion of Plaintiff for an Order of Default Judgment and a Final Order of Forfeiture, and Defendants failing to answer Plaintiff's motion or otherwise defend, and the Clerk having made an entry of default against Defendants on August 8, 2008, and the Court having reviewed the papers submitted by the parties, and for good cause shown;

**IT IS** on this 15th day of September, 2008,

**ORDERED** that Plaintiff's motion for entry of a Default Judgment and a Final Order of Forfeiture are hereby **GRANTED** against Defendant property, namely 66 boxes, more or less of articles of device, labeled in part: "Shelhigh No-React® Vascupatch, Shelhigh, Inc.," 3 boxes,

more or less of articles of device, labeled in part: "Shelhigh No-React® Pericardial Patch, Shelhigh, Inc.," and all other quantities of all articles of device that are labeled as manufactured by Shelhigh, Inc, and no right, title or interest in Defendant property shall exist in any other party; and it is

**FURTHER ORDERED** that any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Marshal Service's management of any properties forfeited herein, and the proceeds from the sale of any forfeited properties, after payment of costs and expenses incurred in connection with the sale and disposition of the forfeited properties shall be deposited forthwith by the United States Marshal Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law; and it is

**FURTHER ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days of the date hereof.

   s/William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**